1  JAMES L. GOLDMAN (State Bar Number 57127)
   (jgoldman@pircher.com)
2  ALAN S. PETLAK (State Bar Number 179362)
   (apetlak@pircher.com)
3  PIRCHER, NICHOLS & MEEKS
   1925 Century Park East, Suite 1700
4  Los Angeles, California  90067
   Telephone: 310.201.8900
5  Facsimile:  310.201.8922

6  DONALD H. CHASE (*admitted pro hac vice*)
   (dchase@morrisoncohen.com)
7  LATISHA V. THOMPSON (*admitted pro hac vice*)
   (lthompson@morrisoncohen.com)
8  MORRISON COHEN LLP
   909 Third Avenue
9  New York, New York  10022
   Telephone: 212.735.8600
10 Facsimile:  212.735.8708

11 Attorneys for Defendant
   VENTILEX B.V.

12

13             **UNITED STATES DISTRICT COURT**

14     **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

15

16 PARAMOUNT FARMS, INC., a              Case No. 08-CV-01027-LJO-SMS
   Delaware corporation,
17                                        **STIPULATION TO EXTEND**
                  Plaintiff,              **DISCOVERY, PRE-TRIAL AND**
18                                        **TRIAL DEADLINES;  ORDER**
          vs.
19
   VENTILEX B.V., a business entity of
20 form unknown; and DOES 1-20,
   inclusive,
21
                  Defendants.
22

23        Whereas, pursuant to the Scheduling Conference Order, dated February 24,

24 2009 ("the Scheduling Order"), dates were set for the trial and various pre-trial

25 matters in this action and pursuant to Paragraph 16 of the Scheduling Order the

26 parties were directed to advise the Court immediately if the schedule set forth could

27 not be met; and

28

7326026.3                                              08-CV-01027-LJO-SMS

STIPULATION TO EXTEND DISCOVERY, PRE-TRIAL AND TRIAL DEADLINES; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1    Whereas, the parties have engaged in extensive discovery since the

2 Scheduling Order was signed, including the exchange of many thousands of pages

3 of documents, and certain depositions, but have not completed discovery; and

4    Whereas, counsel for the parties are currently engaged in an arbitration

5 proceeding entitled *Paramount Farms, Inc. v. Ventilex USA, Inc.*, AAA Case No.

6 72110Y0058108, (the "Arbitration") arising out of the same transaction  at issue in

7 this action, and the arbitration hearings are scheduled to be completed in December

8 2009; and

9    Whereas, a determination in the Arbitration may resolve and/or limit certain

10 or all of the claims and/or defenses in this action, and it would be disruptive in any

11 event  to the continued preparation and conduct of the Arbitration as well as

12 counterproductive and  inefficient to continue with discovery in this action prior  to

13 the completion of the Arbitration; and

14    Whereas, the parties wish to conserve their own and judicial resources and

15 foster an efficient Litigation process.

16

17    Now, therefore, Plaintiff Paramount Farms, Inc. and Defendant Ventilex

18 B.V., by and through their respective counsel, hereby stipulate and agree as follows:

19

20    1.    The discovery deadline for discovery pertaining to non-experts shall be

21 extended to April 30, 2010.

22    2.    The deadline for disclosing all expert witnesses shall be extended to

23 March 26, 2010, and the deadline for completing discovery relating to experts shall

24 be extended to April 30, 2010.

25    3.    The non-dispositive and dispositive motion filing deadline shall be

26 extended until July 10, 2010.

27    4.    The pre-trial conference presently scheduled for March 19, 2010, shall

28 be adjourned until a date in August to be set by the Court.

<div style="writing-mode: vertical-rl">PIRCHER, NICHOLS & MEEKS
ATTORNEYS AT LAW
1925 CENTURY PARK EAST, SUITE 1700
LOS ANGELES, CALIFORNIA  90067
TEL 310.201.8900 • FAX 310.201.8922</div>

STIPULATION TO EXTEND DISCOVERY, PRE-TRIAL AND TRIAL DEADLINES; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1    The trial presently scheduled to begin on April 26, 2010, shall be adjourned to

2  a date in October 2010 to be set by the Court.

3  DATED:  November 10, 2009       ROLL INTERNATIONAL CORP. - LEGAL
                                   DEPT.
4                                      and
5                                  LOEB & LOEB LLP
                                   ANDREW CLARE
6                                  MARK CAMPBELL

7

8

9

10                                 By: /s/ Christopher Van Gundy
11                                       Christopher Van Gundy
                                      Attorneys for Plaintiff PARAMOUNT
12                                 FARMS, INC.

13
   DATED:  November 11, 2009       PIRCHER, NICHOLS & MEEKS
14                                 JAMES L. GOLDMAN
                                   ALAN S. PETLAK
15                                    and
16                                 MORRISON COHEN LLP
                                   DONALD H. CHASE
17                                 LATISHA V. THOMPSON

18

19

20

21                                 By: /s/ Alan S. Petlak
22                                       Alan S. Petlak
                                      Attorneys for Defendant VENTILEX B.V.

23

24

25

26

27

28

PIRCHER, NICHOLS & MEEKS
ATTORNEYS AT LAW
1925 CENTURY PARK EAST, SUITE 1700
LOS ANGELES, CALIFORNIA 90067
TEL 310.201.8900 • FAX 310.201.8922

7326026.3

08-CV-01027-LJO-SMS
STIPULATION TO EXTEND DISCOVERY, PRE-TRIAL AND TRIAL DEADLINES; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Pursuant to the parties' Stipulation and good cause appearing therefore, it is ordered that  discovery deadlines previously set forth in the Scheduling Conference Order dated February 24, 2009, shall be extended as follows:  (1) The discovery deadline for discovery pertaining to non-experts shall be extended to April 30, 2010; (2) The deadline for disclosing all expert witnesses shall be extended to March 26, 2010, and the deadline for completing discovery relating to experts shall be extended to April 30, 2010; (3) The non-dispositive and dispositive motion filing deadline shall be extended until July 10, 2010; (4) The pre-trial conference presently scheduled for March 19, 2010, shall be adjourned until August  24 , 2010 at  8:30 a.m.; (5) The trial presently scheduled to begin on April 26, 2010, shall be adjourned to October 25, 2010 at 8:30 a.m.. Except as set forth above, the Scheduling Conference Order shall remain unchanged.

**IT IS SO ORDERED.**

**Dated:      November 30, 2009                              /s/ Sandra M. Snyder                          **
**                                                         UNITED STATES MAGISTRATE JUDGE**

PIRCHER, NICHOLS & MEEKS
ATTORNEYS AT LAW
1925 CENTURY PARK EAST, SUITE 1700
LOS ANGELES, CALIFORNIA 90067
TEL 310.201.8900 • FAX 310.201.8922

7326026.3

08-CV-01027-LJO-SMS

STIPULATION TO EXTEND DISCOVERY, PRE-TRIAL AND TRIAL DEADLINES; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com