# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT FARMS, INC., a Delaware corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>VENTILEX B.V., a business entity of form unknown; and DOES 1-20 inclusive,<br><br>                Defendants.<br>_____/ | 1:08-cv-01027-LJO-SKO<br><br>**ORDER GRANTING PARTIES' REQUEST TO EXTEND NON-EXPERT DISCOVERY DEADLINE**<br><br>**Docket No. 35**<br><br>**DEADLINE: May 28, 2010** |

On April 27, 2010, the parties filed a stipulation agreeing to extend the discovery deadline pertaining to non-experts until May 28, 2010. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

The non-expert discovery deadline is extended until May 28, 2010. All other deadlines, including the dates set for the pretrial conference and the trial, remain UNCHANGED.

IT IS SO ORDERED.

**Dated:   April 28, 2010**                    **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE