IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT FARMS, INC., | CASE NO. CV F 08-1027 LJO SKO |
| Plaintiff, | **ORDER TO EXTEND DATES** |
| vs. | |
| VENTILEX, B.V., | |
| Defendant. | |
| _____/ | |

Based on the parties' stipulation, this Court:

1. ORDERS the parties, no later than July 27, 2010, to file and serve dispositive and non-dispositive motions;[1]

2. ORDERS the parties, no later than August 10, 2010, to file and serve oppositions to motions;

3. ORDERS the parties to set no motion hearings or to file reply papers, unless this Court orders otherwise;

4. ORDERS the parties, no later than September 3, 2010, to complete their F.R.Civ.P. 26(a)(3) pretrial disclosures;

5. ORDERS the parties, no later than September 9, 2010, to file their joint pretrial statement;

---

[1] U.S. Magistrate Judge Sheila Oberto generally hears non-dispositive motions.

1

1      6.     RESETS the pretrial conference to September 16, 2010 at 8:45 a.m. in Dept. 4 (LJO); and

3      7.     SETS no further dates in that they will be set at the pretrial conference.

This Court ADMONISHES the parties that it will entertain no further extensions and that this Court requires strict adherence to the Federal Rules of Civil Procedure, Local Rules, and this Court's Standing Order.

IT IS SO ORDERED.

**Dated:   June 25, 2010**                                  /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE