# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PARAMOUNT FARMS, INC., | CASE NO. 1:08-cv-01027-LJO-SKO |
| Plaintiff, | **ORDER GRANTING TELEPHONIC APPEARANCES OF ALL COUNSEL** |
| v. | |
| VENTILEX B.V., a business entity of form unknown; and DOES 1-20, inclusive | |
| Defendants. / | |

It is the general practice of the Court to require the personal appearance of counsel at hearings regarding motions to compel further discovery. Requests for telephonic appearances made prior to the filing of the parties' Joint Statement re Discovery Disagreement ("Joint Statement") are not generally granted. However, after reviewing the parties' Joint Statement filed in this matter on August 20, 2010, the scope of the dispute is such that telephonic appearances by counsel are appropriate. **No personal appearances are required**.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The parties may appear telephonically for the hearing set in this matter before Magistrate Judge Sheila K. Oberto on August 27, 2010, at 9:30 a.m. in Courtroom 8 of the above entitled court; and

2. The parties should coordinate a conference call among all participants appearing telephonically and then contact the Court at (559) 499-5790 at the time designated for the hearing.

IT IS SO ORDERED.

**Dated: August 25, 2010**      /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE