# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT FARMS, INC., | CASE NO. CV F 08-1027 LJO SKO |
| Plaintiff, | **ORDER TO AMEND PRETRIAL ORDER** |
| vs. | |
| VENTILEX, B.V., | |
| Defendant. | |
| _____/ | |

This Court AMENDS the September 16, 2010 Pretrial Order at page 29, lines 10 and 12 to read **October 11, 2010** in place of **October 6, 2010**.

IT IS SO ORDERED.

**Dated:   September 17, 2010**         /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1