1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   PARAMOUNT FARMS, INC.,                        CASE NO. CV F 08-1027 LJO SKO

12                       Plaintiff,                **ORDER AFTER TRIAL**

13          vs.

14   VENTILEX, B.V.,

15                       Defendant.
     _____ /

16

17          For the reasons discussed on the record, this Court:

18          1.      GRANTS defendant's F.R.Civ.P. 52(c) motion on plaintiff's remaining breach of express

19                  warranty claim;

20          2.      ORDERS defendant, no later than December 2, 2010, to file and serve its supporting

21                  papers for an attorney fees award;

22          3.      ORDERS plaintiff, no later than December 23, 2010, to file and serve its papers to

23                  oppose an attorney fees award;

24          4.      ORDERS the parties to file no further papers on an attorney fees award, unless this Court

25                  orders otherwise;[1] and

26          5.      STAYS entry of judgment pending the outcome of post-trial motions, after which this

27   _____

28          [1]     Pursuant to its practice, this Court intends to rule on an attorney fees award based on the record and without
     oral argument.

1

1        Court will order the parties to file a stipulated judgment.

2        IT IS SO ORDERED.

3   **Dated:    November 4, 2010**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2