ANDREW S. CLARE (SBN 050289)
aclare@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

CHRISTOPHER VAN GUNDY (SBN 152359)
cvangundy@roll.com
ADAM P. ZAFFOS (SBN 217669)
azaffos@roll.com
ROLL LAW GROUP P.C.
11444 West Olympic Blvd., 10th Floor
Los Angeles, CA 90064-1557
Telephone: 310-966-8400
Facsimile: 310-966-8810

Attorneys for Plaintiff
PARAMOUNT FARMS, INC.

DONALD H. CHASE *pro hac vice*
dchase@morrisoncohen.com
EDWARD P. GILBERT *pro hac vice*
egilbert@morrisoncohen.com
LATISHA V. THOMPSON *pro hac vice*
lthompson@morrisoncohen.com
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022
Telephone: 212-735-8886
Direct Fax: 917-522-3186
Main Fax: 212-735-8708

D. GREG DURBIN (SBN 81749)
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
greg.durbin@mccormickbarstow.com
P.O Box 28912
5 River Park Place Eas
Fresno, California 93720-1501
Telephone: 559-433-1300
Facsimile: 559-433-2130

Attorneys for Defendant
VENTILEX B.V.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PARAMOUNT FARMS, INC., a Delaware corporation,

Plaintiff,

v.

VENTILEX B.V., a business entity of form unknown; and DOES 1-20 inclusive,

Defendants.

Case No. 08-CV-01027-LJO-SKO

Assigned to Hon. Lawrence J. O'Neill

**JUDGMENT**

This action came on for trial before the Court, the Honorable Lawrence J. O'Neill, District Judge, presiding, and the issues having been duly tried and a decision having been duly rendered.

IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff Paramount Farms, Inc. take nothing on its complaint and that the action against Defendant Ventilex B.V. be dismissed on the merits and with prejudice. The Clerk of the Court is directed to close this action in its entirety.

Dated: February 1, 2011

/s/ Lawrence J. O'Neill____
U.S. District Court Judge

Approved as to form:

MORRISON COHEN LLP

By: *s/ Donald H. Chase*
Donald H. Chase
Attorneys for Defendant,
VENTILEX B.V.

ROLL LAW GROUP P.C.

By: *s/ Christopher Van Gundy*
Christopher Van Gundy
Attorneys for Plaintiff,
PARAMOUNT FARMS, INC.